# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY ANGLEY,<br>Plaintiff,<br>-vs-<br>COMENITY LLC; MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1-10, inclusive,<br>Defendant. | Case No. CV 21-3025-DMG (AGRx)<br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [11]** |

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees.

DATED: June 8, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE